Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGGIE THAO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LAW OFFICES OF CHRISTOPHER GLENN BECKOM, et al.<br><br>　　　　　Defendants. | Case No.: 1:17-CV-01298-LJO-EPG<br><br>**Notice and Motion for Default Judgment**<br><br>Date: March 9, 2018<br>Time: 10:00 a.m.<br>Crtrm: 10, 6th Floor<br><br><br>The Hon. Erica P. Grosjean |

**TO ALL PARTIES AND/OR THEIR ATTORNEYS:**

　　**NOTICE IS HEREBY GIVEN** that on March 9, 2018 at 10:00 a.m., or as soon thereafter as this matter may be heard, before the Honorable Erica P. Grosjean, Courtroom 10, 2500 Tulare Street, Fresno, CA 93721, Plaintiff Aggie Thao, by and through her counsel will present her Motion for Default Judgment seeking damages of $27,000 plus attorneys' fees and costs of $3,627.50 for a total judgment of $30,627.50 against both Law Offices of Christopher Glenn Beckom and ULRS, Inc. dba United Legal Group jointly and severally as they failed to timely answer or otherwise respond to Plaintiff's Complaint.  This motion is

1  based on this Notice and Motion, the points and authorities, and all pleadings filed in this
2  matter.

5  Date: January 29, 2018              ___s/ Jeremy S. Golden_____
6                                      Jeremy S. Golden
                                       Attorney for Plaintiff