Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGGIE THAO,<br><br>    Plaintiff,<br><br>v.<br><br>LAW OFFICES OF CHRISTOPHER GLENN BECKOM, et al.<br><br>    Defendants. | Case No.: 1:17-CV-01298-LJO-EPG<br><br>**Declaration of Aggie Thao in Support of Plaintiff's Motion for Default Judgment**<br><br>Date: March 9, 2018<br>Time: 10:00 a.m.<br>Crtrm: 10, 6th Floor<br><br>The Hon. Erica P. Grosjean |

I, AGGIE THAO, hereby declare that:

1) I have personal knowledge of each matter set forth in this Declaration. If called upon to testify to the matters stated in this Declaration, I am competent to do so.

2) I am the Plaintiff in this matter. I had signed up for a home alarm from ADT. ADT sent someone from an affiliate company to install the alarm. The alarm was installed and I made payments to ADT. The affiliate company was either named Defender Security Company or somehow affiliated with them. Unbeknownst to me my name was forged to a contract and Defender Security Corporation claimed I owed a balance under this forged

1
Declaration of Aggie Thao in Support of Plaintiff's Motion for Default Judgment

contract.

3) At a time unknown, ULRS, Inc. dba United Legal Group ("ULRS) and its attorney, Law Offices of Christopher Glenn Beckom ("LOCGB") (collectively "Defendants"), were assigned the rights to collect this fraudulent debt ("the Debt").

4) The Debt was created as a result of fraud in that my name was forged to the purported contract that created the Debt.

5) Defendants sent me a demand letter for payment on the Debt. The letter did not contain the required notice under 15 U.S.C. §1692g. The letter threatened to file a lawsuit against me. The letter claimed the amount due was $2,781.99 composed of a principal balance of $1,317.86, interest in the amount of $414.13 and attorneys' fees in the amount of $1,050. The letter included a draft of a complaint. A true and correct copy of the letter and the draft complaint are attached as Exhibit A.

6) At the time the threat was made Defendants did not have the intention to file the lawsuit against me.

7) The letter misstated the amount of the Debt and wrongfully tried to collect interest and attorneys' fees.

8) The letter was the initial communication from Defendants and included a demand for a response within 10 days thereby overshadowing any rights to request verification and validation.

9) The letter further stated that if the demand was not responded to within ten days legal action would be commenced.

10) Defendants did not commence legal action against me.

11) As a result of the acts alleged above, I suffered emotional distress. I became very worried that a lawsuit was going to be filed against me for a debt I did not owe. I caused me significant stress, worry and concern. When I would check the mail I was worried there would be a lawsuit. I already was stretched thin regarding my finances and having to worry about a lawsuit was of great concern. I was also concerned with not only having to pay a debt on a forged contract but how high the interest rate and attorneys' fees were in the letter. An

appropriate amount of compensation for my emotional distress would be $25,000.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the forgoing is true and correct.

Executed on  01·16·18 , at  Fresno , California
                      (date)                            (city)

_____
Aggie Thao