Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AGGIE THAO, | Case No.: 1:17-CV-01298-LJO-EPG |
| Plaintiff, | **Declaration of Jeremy S. Golden in Support of Plaintiff's Motion for Default Judgment** |
| v. | |
| LAW OFFICES OF CHRISTOPHER GLENN BECKOM, et al. | Date: March 9, 2018
Time: 10:00 a.m.
Crtrm: 10, 6th Floor |
| Defendants. | The Hon. Erica P. Grosjean |

I, JEREMY S. GOLDEN, hereby declare that:

1) I have personal knowledge of each matter set forth in this Declaration. If called upon to testify to the matters stated in this Declaration, I am competent to do so.

2) I am the counsel of record for Plaintiff Aggie Thao.

3) A default was entered against Defendants ULRS, Inc. dba United Legal Group ("ULRS") and its attorney, Law Offices of Christopher Glenn Beckom ("LOCGB") (collectively "Defendants"), on December 27, 2017.

4) Defendant ULRS is not an infant or incompetent person.

5) Defendant LOCGB is not an infant or incompetent person.

6) The attorneys' fees associated with this matter are $2,957.50. This consists of 6.3 hours of work at $350 per hour for my time. I was admitted to the bar in 2003 and practice exclusively in the field of consumer law. My partner Octavio Cardona-Loya II also billed .1 hour of work at $325. Mr. Cardona-Loya was admitted to the bar in 2008 and practices exclusively in the field of consumer law. My associate Cory Teed also billed 3.6 hours of work at $200 per hour. Mr. Teed was admitted to the bar in 2014 and practices exclusively in the field of consumer law.

7) The costs incurred in this matter are $400 for a filing fee and $270 for service of process for a total of $670.

8) Plaintiff served the summons and complaint on Defendant Christopher Glenn Beckom on October 20, 2017 evidenced by the proof of service of summons on file with this Court. The address for the service was obtained directly from the California State Bar website.

9) Plaintiff served the summons and complaint on ULRS, Inc. dba United Legal Group on October 11, 2017 evidenced by the proof of service of summons on file with this Court. The address for the service was obtained directly from the California Secretary of State website.

10) As a courtesy, on December 7, 2017 I called Christopher Glenn Beckom and left him a voicemail message indicating we had filed and served a lawsuit. In the message I inquired as to whether he would be filing a response. I followed-up the voicemail message with an email on December 7, 2017. I attached a copy of the summons and complaint and warned Mr. Beckom that if I did not hear back from him I would proceed with a default judgment. I did not receive a response to either my call or email.

11) As of the filing of this motion both Defendants failed to file a responsive pleading or otherwise defend.

//

//

I declare under penalty of perjury under the laws of the State of California and the United States of America that the forgoing is true and correct.

Executed on January 29, 2018, at Chula Vista, California

                                      ____s/ Jeremy S Golden_____
                                      JEREMY S. GOLDEN

Declaration of Jeremy S. Golden in Support of Plaintiff's Motion for Default Judgment