# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGGIE THAO, | ) Case No.: 1:17-CV-01298-LJO-EPG |
| | ) |
| Plaintiff, | ) **[Proposed] Judgment** |
| | ) |
| v. | ) Date: March 9, 2018 |
| | ) Time: 10:00 a.m. |
| LAW OFFICES OF CHRISTOPHER GLENN BECKOM, et al. | ) Crtrm: 10, 6th Floor |
| | ) |
| Defendants. | ) |
| | ) The Hon. Erica P. Grosjean |
| | ) |
| | ) |

IT IS HEREBY ORDERED, DECREED, AND ADJUDGED:

This action came on regularly for hearing for a motion for default judgment. The court having considered the evidence and moving papers hereby finds:

1) Judgment for Plaintiff Aggie Thao for a total of $30,627.50 against Defendants Law Offices of Christopher Glenn Beckom and ULRS, Inc. dba United Legal Group jointly and severally on all causes of action.

DATE: _____     BY: _____

UNITED STATES MAGISTRATE JUDGE