IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGGIE THAO,<br><br>                Plaintiff,<br><br>     v.<br><br>LAW OFFICES OF CHRISTOPHER GLENN BECKOM, *et al*.,<br><br>                Defendants. | Case No. 1:17-cv-01298-LJO-EPG<br><br>ORDER REGARDING MOTION FOR DEFAULT JUDGMENT HEARING |

        Aggie Thao ("Plaintiff") filed this civil action on September 27, 2017. On December 27, 2017, the Court entered default against Defendants Law Offices of Christopher Glenn Beckom and ULRS, Inc. (ECF Nos. 8-9.) Plaintiff filed a motion for default judgment, which is presently set for hearing on March 16, 2018 at 10:00 AM in Courtroom 10 (EPG) before the undersigned judge.

        Plaintiff requests entry of judgment against the Defendants for a total of $30,627.50, which includes $25,000 of emotional distress damages. (ECF No. 11.) Under Rule 55(b)(2) of the Federal Rules of Civil Procedure, the Court may conduct hearings when, to enter or effectuate judgment, it needs to (A) conduct an accounting; (B) determine the amount of damages; (C) establish the truth of any allegation by evidence; or (D) investigate any other matter. Fed. R. Civ. P. 55(b)(2).

        Accordingly, at the March 16, 2018 hearing, Plaintiff shall be prepared to submit all

necessary evidence to establish the amount of damages including damages due to emotional distress in the form of testimony of relevant witnesses and any documentary evidence.

The Clerk is directed to mail a copy of this Order to:

Law Offices of Christopher Glenn Beckom
1307 W. 6th Street, Suite 223
Corona, CA 92882

ULRS, Inc. dba United Legal Group
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067

IT IS SO ORDERED.

Dated: **March 7, 2018**         /s/ Eric P. Grosj
                                 UNITED STATES MAGISTRATE JUDGE