EXHIBIT 1

I, EITAN FARAHAN, hereby declare:

1. I am an attorney at law duly licensed to practice in the State of California. I have personal knowledge of the following facts and if called to testify I will testify to the facts stated herein.

2. I am the General Manager of Premier Business Centers for the location at 1999 Avenue of the Stars, 11th Floor, Los Angeles, California 90067 since April 17, 2017.

3. As General Manager my responsibilities include but are not limited to managing the receptionist, rentals, sales and other aspects.

4. One of my responsibilities as General Manager is to determine who has access to the floor. In the event a process server attempts to serve anyone or any entity they must have security contact reception who then contacts me to decide if they are allowed to the 11th Floor elevators.

5. After reviewing all of my records there was no one named Thomas Miller nor anyone else attempting to reach the floor on October 11, 2017 to serve process.

6. After reviewing all of my records there was no one named Juan Sanchez who worked at Premier Business Centers for the location at 1999 Avenue of the Stars, 11th Floor, Los Angeles, California 90067 from April 17, 2017 to date.

7. For mail and clients every tenant on the floor, including but not limited to Peter Bronstein, must maintain a list of eligible names to enter the floor or accept mail. According to the list since April 2017 when I began working no entity named ULRS, Inc. was allowed to receive mail or enter the 11th floor at 1999 Avenue of the Stars, 11th Floor, Los Angeles, California 90067.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this declaration was executed on June 13, 2018.

.
DATED: June 13, 2018        By: _____
                                Eitan Farahan

DECLARATION OF EITAN FARAHAN