# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGGIE THAO,<br><br>        Plaintiff,<br><br>    v.<br><br>ULRS, INC., *et al.*<br><br>        Defendants. | No. 1:17-cv-01298-LJO-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING MOTION TO SET ASIDE DEFAULT AND DEFAULT JUDGMENT<br><br>(ECF Nos. 20, 29) |

       Plaintiff, Aggie Thao, filed this action alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, on September 27, 2017. (ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

       On December 27, 2018, default was entered against all defendants (ECF Nos. 8, 9), and on May 24, 2018, default judgment was entered against all defendants (ECF No. 19). On July 11, 2018, defendant ULRS, Inc., moved to set aside default and default judgment. (ECF No. 20.) On August 28, 2018, the assigned magistrate judge issued findings and recommendations recommending that the motion be granted, and that the entry of default and default judgment be set aside. (ECF No. 29.) The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days. (*Id.*) No

1

objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

IT IS ORDERED:

1. The findings and recommendations entered on August 28, 2018 (ECF No. 29) are adopted in full;
2. Defendant ULRS, Inc.'s motion to set aside entry of default and default judgment (ECF No. 20) is granted;
3. The default judgment entered on May 24, 2018 (ECF No. 19) is vacated.
4. The Clerk of the Court is directed to set aside the default as to Defendant ULRS, Inc.;
5. Defendant ULRS, Inc., is directed to file a response to the complaint within **fourteen (14) days** after entry of this order.

IT IS SO ORDERED.

Dated: **December 13, 2018**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE