1  Jeremy S. Golden (SBN 228007)
   Golden & Cardona-Loya, LLP
2  3130 Bonita Road, Suite 200B
3  Chula Vista, CA 91910
   jeremy@goldencardona.com
4  Phone: 619-476-0030; Fax: 775-898-5471
5  Attorney for Plaintiff

6

7                    **UNITED STATES DISTRICT COURT**
8                    **EASTERN DISTRICT OF CALIFORNIA**

9

10  AGGIE THAO,                          )   Case No.: 1:17-CV-012980-LJO-EPG
                                         )
11           Plaintiff,                  )   **Notice of Settlement as to ULRS, Inc. dba**
                                         )   **United Legal Group Only**
12                                       )
    v.                                   )
13                                       )
14  ULRS, INC., et al.                   )
                                         )
15           Defendants.                 )
                                         )
16                                       )
                                         )
17                                       )
    _____     )

18

19       Please take notice that this matter is settled with defendant ULRS, Inc. dba United
20  Legal Group only.  This settlement does not apply to the other defendants. Plaintiff estimates
21  a notice of dismissal will be filed within 60 days.
22

23

24  Dated: December 19, 2018          /s/Jeremy S. Golden_____
25                                    Jeremy S. Golden
                                      Attorney for Plaintiff
26

27

28