Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGGIE THAO, | Case No.: 1:17-cv-01298-LJO-EPG |
| Plaintiff, | **Notice of Dismissal With Prejudice as to ULRS, Inc. dba United Legal Group Only** |
| v. | |
| ULRS, INC., et al. | |
| Defendants. | |

Please take notice that pursuant to FRCP Rule 41(a)(1)(A)(i) Plaintiff hereby dismisses with prejudice Defendant ULRS, Inc. dba United Legal Group from this action. This dismissal does not apply to the other defendants.

Dated: January 29, 2019          /s/Jeremy S. Golden_____
                                 Jeremy S. Golden
                                 Attorney for Plaintiff