Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGGIE THAO,<br><br>    Plaintiff,<br><br>v.<br><br>ULRS, INC., et al.<br><br>    Defendants. | Case No.: 1:17-cv-01298-LJO-EPG<br><br>**Stipulation for Dismissal of ULRS, Inc. dba United Legal Group Only** |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii) the parties hereby stipulate to dismiss Defendant ULRS, Inc. dba United Legal Group only from this action with prejudice. This dismissal does not apply to the other defendants.

Date: January 30, 2019        _____/s/ Jeremy S. Golden_____
                              Jeremy S. Golden
                              Attorney for Plaintiff

Date: January 30, 2019        _____/s/ Peter Bronstein_____
                              Peter Bronstein
                              Attorney for Defendant ULRS, Inc. dba United Legal Group

1