1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11    AGGIE THAO,                                    Case No.  1:17-cv-01298-LJO-EPG

12                      Plaintiff,

13            v.                                      ORDER RE: STIPULATED REQUEST FOR
                                                     DISMISSAL OF DEFENDANT ULRS, INC.,
                                                     WITH PREJUDICE
14    ULRS, INC., *et al.*,

15                      Defendants.                  (ECF No. 35)

16

17        Plaintiff, Aggie Thao, and Defendant ULRS, Inc., have filed a stipulation to dismiss

18   Defendant ULRS, Inc., from the action with prejudice (ECF No. 35). In light of the stipulation,

19   and the previous entry of default and default judgment against the remaining defendant, Law

20   Offices of Christopher Glenn Beckom (ECF Nos. 8, 18, 19), the case has ended and is

21   dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d

22   688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close

23   this case.

24

25   IT IS SO ORDERED.

26        Dated:    **February 6, 2019**                    /s/ Erica P. Grosjean

27                                                   UNITED STATES MAGISTRATE JUDGE

28